DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KYLE JON WOLFE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-0220

[October 23, 2025]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; William L. Roby, Judge; L.T. Case No. 432023CF0000582A.

Daniel Eisinger, Public Defendant, and Austin C. Edwards, Assistant Public Defender, West Palm Beach, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., LEVINE and SHEPHERD, JJ., concur.

\*     \*     \*

***Not final until disposition of timely-filed motion for rehearing.***